**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CASE NO. 5:24-CR-00476(1)DAE** |
| | § | |
| **CHRISTIAN FELIPE RODRIGUEZ PERAZA** | § | |

---

## UNOPPOSED MOTION TO CONTINUE ALL DEADLINES

---

**TO THE HONORABLE DAVID A. EZRA, SENIOR UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

NOW COMES CHRISTIAN FELIPE RODRIGUEZ PERAZA, Defendant in the above-entitled and numbered cause, by and through his undersigned Counsel, Donald H. Flanary, III., and files this Unopposed Motion to Continue all Deadlines in this cause. In support thereof, Defendant would respectfully show this Honorable Court as follows:

**I.**

Defendant is charged by Indictment with Count 1: Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §§ 1343 and 1349; Count 2: Money Laundering Conspiracy in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h); and Count 3: Conspiracy to Engage in Monetary Transactions in Property Derived from Specified Unlawful Activity in violation of 18 U.S.C. §§ 1957 and 1956(h). Currently, among other deadlines, the case is scheduled for a Plea Agreement Deadline on Friday, October 30, 2026; and Jury Selection and Trial on Monday, November 16, 2026, at 9:30 a.m. Defendant respectfully requests a continuance of at least 60 days.

**II.**

A continuance is requested because Undersigned Counsel requires additional time to review the extensive amount of electronic discovery provided by the Government, complete his investigation, and negotiate any potential agreements with the Government.

**III.**

Undersigned Counsel reached out to Counsel for the Government, Assistant United States Attorney Justin Chung regarding this Motion to Continue all Deadlines in this cause, who has indicated he is unopposed to this request.

This Motion for Continuance of all Deadlines is not made for purposes of delay, but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully prays that this Honorable Court grant this Unopposed Motion to Continue all Deadlines and reset the deadlines of this matter for at least 60 days as agreed to by the parties and for other such relief that this Honorable Court deems just and right.

Respectfully Submitted,

FLANARY LAW FIRM, PLLC
One International Center
100 NE Loop 410, Suite 605
San Antonio, Texas 78216
Tel: (210) 738-8383
Fax: (210) 728-3438

BY: *_/s/ Donald H. Flanary, III._*
Donald H. Flanary, III.
State Bar No. 24045877

ATTORNEY FOR DEFENDANT,
Christian Felipe Rodriguez Peraza.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, a true and exact copy of the above and foregoing Motion was electronically sent *via* CM/ECF to Justin Chung, Assistant United States Attorney.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.

**CERTIFICATE OF CONSULTATION**

This is to certify that Undersigned Counsel conferred with the Assistant United States Attorney regarding this motion and:

__X__ He does not oppose it.

_____ He does oppose it.

_____ Our attempts to resolve it were unsuccessful.

_____ Counsel were able to agree regarding the motion as follows: ________________________

______________________________________________________________________

_____ Counsel's attempt to contact the Government was unsuccessful.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CASE NO. 5:24-CR-00476(1)DAE** |
| | § | |
| **CHRISTIAN FELIPE RODRIGUEZ PERAZA** | § | |

---

## ORDER ON UNOPPOSED MOTION TO CONTINUE ALL DEADLINES

---

On ______________________________, 2026, came on to be heard Defendant CHRISTIAN FELIPE RODRIGUEZ PERAZA's Unopposed Motion to Continue all Deadlines in this cause. The Court finds that the Motion has merit and should be granted. **IT IS THEREFORE ORDERED that Defendant CHRISTIAN FELIPE RODRIGUEZ PERAZA's Plea Agreement Deadline and Jury Selection and Trial be reset for at least 60 days as agreed to by the parties and for other such relief that this Honorable Court deems just and right.**

(Granted) (Denied)

______________________________
Hon. David A. Ezra
Senior U.S. District Judge